# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>      v.<br><br>TRAVIS YOST (2),<br><br>                       Defendant. | Criminal Case No. 11CR4503-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Travis Yost is **dismissed without prejudice**. The defendant is hereby discharged and the bond in this case is exonerated.

IT IS SO ORDERED.

DATED: April 19, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT